**Order entered March 14, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00842-CR

### COURTLAND WAYNE KING, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-59371-U**

## ORDER

The Court **REINSTATES** the appeal.

On January 18, 2013, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by court-appointed counsel; (3) counsel's explanation for the delay in filing appellant's brief is his workload and a recent illness; and (4) counsel requested fifteen additional days to complete the brief.

We **ORDER** appellant to file his brief by **APRIL 1, 2013**. Because the brief is already three months overdue, no further extensions will be granted. If appellant's brief is not filed by the date specified, we will order Jeff Buchwald removed as appellant's attorney and order the trial court to appoint new counsel to represent appellant in this appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission to the Honorable Susan Hawk, Presiding Judge, 291st Judicial District Court, and to counsel for all parties.


/s/     DAVID EVANS
             JUSTICE